## KLINE *v.* URMSTON ET AL.

From the Newton Circuit Court.

*C. H. Test* and *J. Coburn*, for appellant.
*E. O'Brien* and *W. H. Martin*, for appellees.

WORDEN, J.—Action by the appellees, against the appellant, upon an account for services as attorneys at law, performed by the plaintiffs for the defendant. Issue; trial by jury; verdict and judgment for the plaintiffs.

The only point made by the appellant is, that the verdict was not sus-

tained by the evidence, and that the amount found for the plaintiffs was too large.

Having looked through the evidence, we are of opinion that it fully sustained the verdict ; and the amount found for the plaintiffs, $200.00, was not, in our opinion, too much.

The judgment below is affirmed, with costs and ten per cent. damages.